# EXHIBIT 3

**From:** **EEOC** no-reply@service.eeoc.gov
**Subject:** Time-Sensitive EEOC Final Decision for EEOC Charge 520-2025-07709 / Decisión final urgente de la EEOC por el cargo 520-2025-07709
**Date:** February 12, 2026 at 4:25 PM
**To:** Ms. Annette Brooks abquarles19@gmail.com, Pamela Keith Esq. pamkeith@centerforemploymentjustice.com

E

**U.S. Equal Employment Opportunity Commission**

The Equal Employment Opportunity Commission (EEOC) has issued a final decision regarding EEOC Charge 520-2025-07709, which can be found in the document titled **NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)** in the EEOC Public Portal. This email, as well as the NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST), is official notice that the EEOC has dismissed the above-referenced EEOC charge and that the Charging Party has the right to sue the respondent(s) on this charge in court within 90 days of receipt of this notice. The NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST) also provides additional information related to filing suit under the laws enforced by the EEOC, including important time limits. Please note that the 90-day deadline for Charging Party to file a lawsuit is set by law and failure to file a lawsuit in that time may result in the inability to move forward with a lawsuit.

**You should log into the EEOC Public Portal, download and read the NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST) as soon as possible. You should also keep a record of the date you received this notice and save the downloaded NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST).**

This email is an official notification from the Equal Employment Opportunity Commission (EEOC) regarding charge 520-2025-07709. Please do not reply to this email.

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact (800) 669-4000 and destroy all copies of the original message and attachments.*

La Comisión para la Igualdad de Oportunidades de Empleo (EEOC, por sus siglas en inglés), ha emitido una decisión final con respecto al cargo de dicha Comisión 520-2025-07709, que se encuentra en el documento titulado **Notificación de Derecho a Demandar (Emitida a Solicitud de Parte)** en el Portal Público de la EEOC. Este correo electrónico, así como la Notificación de Derecho a Demandar (Emitida a Solicitud de Parte), es un aviso oficial que indica que la EEOC ha desestimado el cargo mencionado anteriormente y que la parte acusadora tiene derecho a demandar a los responsables de este cargo en un tribunal en los 90 días posteriores a la recepción de este aviso. La Notificación de Derecho a Demandar (Emitida a Solicitud de Parte) también proporciona información adicional relacionada con la presentación de la demanda bajo las leyes aplicadas por la EEOC, incluyendo límites de tiempo importantes. Por favor, tenga en cuenta que la fecha límite de 90 días para que la parte demandante presente la demanda está determinada por ley y que, en caso de no presentarla en ese plazo, podría dar como resultado la incapacidad de seguir adelante con esta.

**Debe registrarse en el Portal Público de la EEOC, descargar y leer la Notificación de Derecho a Demandar (Emitida a Solicitud de Parte) lo antes posible. Además, debería tomar nota de la fecha en la que recibió este aviso y guardar la Notificación de Derecho a Demandar (Emitida a Solicitud de Parte) descargada.**

Este correo electrónico es una notificación oficial de la EEOC relacionado con el cargo 520-2025-07709. Por favor, no responda a este correo electrónico.

*Aviso de confidencialidad: La información contenida en este correo electrónico puede contener información privilegiada y confidencial, incluida información protegida por las leyes de privacidad federales y estatales. Está destinada únicamente al uso de la(s) persona(s) nombrada(s) anteriormente. Si usted no es el(la) destinatario(a) previsto(a), se le notifica que cualquier revisión, difusión, distribución o duplicación de esta comunicación está estrictamente prohibida y puede ser ilegal. Si usted no es el(la) destinatario(a) previsto(a), póngase en contacto con el (800) 669-4000 y destruya todas las copias del mensaje original y los archivos adjuntos.*