UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNETTE BROOKS,<br><br>               Plaintiff,<br><br>        -against-<br><br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION,<br><br>              Defendant. | 26-CV-3664 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Now that counsel for IBM has appeared, I alert the parties that my spouse previously worked for IBM. He worked there from 2020 to 2022 as the Transformation Strategy Lead for the Strategic Enterprise Transformation Team. He did not work with Plaintiff or Plaintiff's group. Based on the foregoing and my review of the allegations in this case, I find no basis for recusal. However, if any of the parties would like to be heard with respect to recusal, they shall file a letter motion with any requested relief on the docket by June 2, 2026.

Dated:  May 29, 2026
       White Plains, New York

                            SO ORDERED.

                            *Jessica Clarke*

                            JESSICA G. L. CLARKE
                            United States District Judge