UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

ANNETTE BROOKS,

*Plaintiff,*

-against-

INTERNATIONAL BUSINESS MACHINES CORPORATION,

*Defendant.*

-------------------------------------------------------X

Civil Action No.: 26-CV-3664 (JGLC)

**MOTION TO WITHDRAW APPEARANCE**

I, Itohen Ihaza, hereby respectfully request that this Court withdraw my appearance as counsel in this matter. My withdrawal as counsel will not cause disruption to this proceeding. In connection with the withdrawal of appearance, I respectfully request that the clerk remove me from the CM/ECF service list.

Dated: August 7, 2026
New York

Itohen Ihaza

Itohen Ihaza