JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Direct
jacksonlewis.com

October 14, 2026

**VIA ECF**
Hon. Andrew E. Krause
United States Magistrate Judge
U.S.D.C. for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Brooks v. Int'l Bus. Machs. Corp.*
26 Civ. 3664 (JGLC) (AEK)

Dear Judge Krause:

We represent Defendant International Business Machines Corporation in the above-referenced action. We write, jointly with Plaintiff and pursuant to the Court's September 15, 2026 Order (ECF No. 22), to provide an update on the status of mediation.

The mediation previously scheduled for October 7, 2026 has been rescheduled to November 10, 2026. The parties jointly and respectfully suggest that they provide a further joint status update by November 17, 2026.

The parties thank the Court for its time and consideration of the above.

Respectfully submitted,

/s/ Leo T. Ernst
Leo T. Ernst
Dana G. Weisbrod

*Attorneys for Defendant*

cc: All counsel of record (via ECF)